UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **PHYLLIS ALAIMO,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:04-0427 |
| ) | Judge Echols |
| **PARKER, RYAN & ASSOCIATES,** ) | |
| **INC. and SEAN KNIGHT a/k/a** ) | |
| **JOHN JUPIN,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

Before the Court is Plaintiff's Motion for Default Judgment (Docket Entry No. 32). For the reasons explained in the Memorandum contemporaneously filed herewith, the Motion is hereby GRANTED and default judgment is entered against Defendants Parker, Ryan & Associates, Inc. and Sean Knight, a/k/a John Jupin, and damages are assessed against those Defendants and in favor of Plaintiff, Phyllis Alaimo, in the amount of seventy-five hundred dollars ($7,500).

It is SO ORDERED.

_____
Robert L. Echols
United States District Judge

1